SAUSA Charles D. Fox (312) 886-0973

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
4/24/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | Case No.: 24 CR 205 |
|---|---|
| v. | GABRIEL A. FUENTES |
| CRISTINA ANN BROOKS | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, KYLE WIDEMAN, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that CRISTINA ANN BROOKS has been charged by Indictment in the District of Minnesota with the following criminal offenses: conspiracy to distribute 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846; distribution of 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and possession with the intent to distribute 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*SA Kyle Wideman*
KYLE WIDEMAN
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 24th day of April, 2024.

GABRIEL A. FUENTES
United States Magistrate Judge

23cr368 MJD/ECW

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841(a)(1) |
| v. ) | 21 U.S.C. § 841(b)(1)(A) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| 1. CRISTINA ANN BROOKS, ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 853 |
| 2. DARREN CHRISTOPHER BROWN, ) | |
| ) | |
| 3. COREY MICHAEL KOKETTE, ) | |
| ) | |
| 4. SHAD LAWRENCE LEMON, ) | |
| ) | |
| 5. TONY MICHAEL MELINE, and ) | |
| ) | |
| 6. DERRICK JOHN MOSTAD, ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning in or about the fall of 2022 and continuing through on or about November 7, 2023, in the State and District of Minnesota, and elsewhere, the defendants,

**CRISTINA ANN BROOKS,
DARREN CHRISTOPHER BROWN,
COREY MICHAEL KOKETTE,
SHAD LAWRENCE LEMON,
TONY MICHAEL MELINE,** and
**DERRICK JOHN MOSTAD,**

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 50 grams or more of actual



SCANNED
DEC 13 2023
U.S. DISTRICT COURT MPLS

United States v. Cristina Ann Brooks, et al.

methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2
(Distribution of Methamphetamine)

On or about January 30, 2023, the defendant,

**DERRICK JOHN MOSTAD**,

did unlawfully, knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 3
(Possession With the Intent to Distribute Methamphetamine)

On or about February 13, 2023, the defendant,

**DERRICK JOHN MOSTAD**,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 4
(Distribution of Methamphetamine)

On or about February 21, 2023, the defendants,

**DARREN CHRISTOPHER BROWN**, and
**TONY MICHAEL MELINE**,

each aiding and abetting the other, did unlawfully, knowingly distribute 5 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of Methamphetamine)

On or about April 6, 2023, the defendant,

**COREY MICHAEL KOKETTE,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6
(Possession With the Intent to Distribute Methamphetamine)

On or about April 13, 2023, the defendant,

**TONY MICHAEL MELINE,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7
(Distribution of Methamphetamine)

On or about May 11, 2023, the defendants,

**DARREN CHRISTOPHER BROWN**, and
**COREY MICHAEL KOKETTE,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 8
(Possession With the Intent to Distribute Methamphetamine)

On or about May 22, 2023, the defendant,

### COREY MICHAEL KOKETTE,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 9
(Possession With the Intent to Distribute Methamphetamine)

On or about May 22, 2023, the defendant,

### DARREN CHRISTOPHER BROWN,

did unlawfully, knowingly and intentionally possess with the intent to distribute 5 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 10
(Distribution of Methamphetamine)

On or about June 7, 2023, the defendant,

### CRISTINA ANN BROOKS,

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 11
(Possession With the Intent to Distribute of Methamphetamine)

On or about September 6, 2023, the defendant,

### CRISTINA ANN BROOKS,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 12
(Possession With the Intent to Distribute of Methamphetamine)

On or about September 11, 2023, the defendant,

### SHAD LAWRENCE LEMON,

did unlawfully, knowingly and intentionally possess with the intent to distribute 5 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 13
(Possession With the Intent to Distribute of Methamphetamine)

On or about November 7, 2023, the defendant,

### SHAD LAWRENCE LEMON,

did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION

If convicted of any of Counts 1 through 13 of this Indictment, the defendants,

**CRISTINA ANN BROOKS,
DARREN CHRISTOPHER BROWN,
COREY MICHAEL KOKETTE,
SHAD LAWRENCE LEMON,
TONY MICHAEL MELINE, and
DERRICK JOHN MOSTAD,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY              FOREPERSON

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cristina Ann Brooks | ) Case No. CR 23-368(1) MJD/ECW | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cristina Ann Brooks,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Methamphetamine 21:841(a)(1), 841(b)(1)(A) and 846
Count 10: Distribution of Methamphetamine 21:841(a)(1) and 841(b)(1)(A)
Count 11: Possession With the Intent to Distribute of Methamphetamine 21:841(a)(1) and 841(b)(1)(A)

Date: 12/13/2023

*Issuing officer's signature*
/s/ Kate M. Fogarty

City and state: Minneapolis, MN
Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*